# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWARD GREGORY,<br>　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br>　　Defendants. | CV 20-341 DSF (SSx)<br><br><br>JUDGMENT |

　　The Court having granted a motion for summary judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date: March 3, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge